UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FABRICLEAR, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>HARVEST DIRECT, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 20-10580-TSH |

**VERDICT FORM**
December 1, 2023

Count I – Breach of the Licensing Agreement:

Was there a valid License Agreement between FabriClear and Harvest Direct? If Yes, continue to the question below, if no, move on to Count II.

__X__                           _____
Yes                             No

Did Harvest Direct breach the License Agreement between FabriClear and Harvest Direct? If Yes, continue to Count I Damages; if no, move on to Count II.

__X__                           _____
Yes                             No

Count I Damages:

If you answered Yes to Count I, what amount of damages will fairly and adequately compensate FabriClear for Harvest Direct's breach the License Agreement?

Please indicate in U.S. dollar amounts, in numbers and words the amount of damages to be awarded for the breach:

$ _89,712.58_____

_eightynine thousand seven hundred twelve_ 58/100 Dollars

Count II – Breach of the Confidentiality Agreement

Harvest Direct has been found to be in breach of the Confidentiality Agreement.

Please indicate in U.S. dollars, in words and in numbers, the amount of damages FabriClear has proven as a result of that breach:

$ _89,712.58_____

_eightynine thousand Seven hundred twelve_ 58/100 Dollars

Count III – Misappropriation of Trade Secrets under Mass. Gen. L. c.93:

Did Fabriclear have a trade secret(s)? If Yes, continue to the question below; if no, move on to Count V.



__✓__          _____
Yes              No

Did Harvest Direct misappropriate FabriClear's trade secrets? ? If Yes, continue to the question below AND Count IV; if no, move on to Count V.



__✓__          _____
Yes              No

If you answered Yes to Count III, was Harvest Direct's misappropriation of FabriClear's trade secrets willful and malicious?



__✓__          _____
Yes              No

2

Count IV – Unjust Enrichment:

If you answered Yes to Count III, what amount of damages will fairly and adequately compensate FabriClear for Harvest Direct's misappropriation of its trade secrets?

Please indicate in U.S. dollar amounts, in numbers and words the amount of damages to be awarded for the breach:

$ 583,132.42

Fivehundred eighty three thousand Onehundred thirty two 42/100 Dollars

Count V – Breach of the Implied Covenant of Good Faith and Fair Dealing:

Did Harvest violate an obligation of good faith and fair dealing with respect to Fabriclear?

X
Yes          No

Count VI – Unfair Competition and False Designation of Origin under the Lanham Act:

Harvest Direct has been found to have violated the Lanham Act by falsely designating the origin of products it sold under the "X-Out" brand as originating with Harvest Direct rather than FabriClear.

Please indicate in U.S. dollars, in words and in numbers, the amount of damages to be awarded to FabriClear for this violation:

$ 672,845.00

Sixhundred Seventy two thousand eight hundred fourty five 0/100 Dollars

3

Count VII – Unfair Competition under Mass. General Laws, c. 93A, § 11:

Harvest Direct has been found to have violated Mass. Gen. L. c. 93A, §11. Was Harvest Direct's violation of that statute committed willfully or knowingly?

✓ _____          _____
Yes                  No

If you answered Yes, do you award Benchmark double or triple damages under Chapter 93A?

*Check either Double or Triple.*

DOUBLE: ✗

TRIPLE: _____

Date: __12/1/2023__          Signed: __[signature]__
                                    Foreperson

[initials] 12/1/23
4:10 pm

4